**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Esdaid Amaro CASTHILAIN–TORRES, also known as Esaid Amaro Casthilain–Amaro, also known as Jason Omar Torres, also known as Omar Torres, Defendant–Appellant.**

No. 07–11079
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Paulina M. Jacobo, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

---

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Esdaid Amaro Casthilain–Torres presents arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir. 2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

